**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-2196

JOHN D. BLACK,

Plaintiff - Appellant,

versus

THE CITY OF NEWARK, A Municipal Corporation of
the State of New Jersey,

Defendant - Appellee.

Appeal from the United States District Court for the Middle
District of North Carolina, at Durham.  Wallace W. Dixon,
Magistrate Judge.  (1:06-cv-00534-UA-WWD)

Submitted: March 22, 2007          Decided: March 27, 2007

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Dismissed by unpublished per curiam opinion.

John D. Black, Appellant Pro Se. Patricia M. Lewis, CITY OF NEWARK
DEPARTMENT OF LAW, Newark, New Jersey, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

John D. Black seeks to appeal the magistrate judge's order finding the deed he attempted to file to be a deficient filing. This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2000), and certain interlocutory and collateral orders, 28 U.S.C. § 1292 (2000); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541 (1949). The order Black seeks to appeal is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we deny leave to proceed in forma pauperis and dismiss the appeal for lack of jurisdiction. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED